UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
KATHLEEN A. BENNETT,

                                  Plaintiff,

      – against –

NICOLE R. HALL, DANNY WERFEL, and JANET
YELLEN,

                                  Defendants.
-------------------------------------------------------------------------x

**ORDER**

No. 23-CV-6006 (CS)

Seibel, J.

      Plaintiff did not appear at the status conference held today, February 12, 2025, at 12:00 p.m. or otherwise respond to the Court's January 10, 2025 order, (ECF No. 43). If Plaintiff wishes to proceed with her case in this Court, she shall so advise the Court in writing no later than February 19, 2025. Otherwise, the Court will grant Plaintiff's motion to dismiss, (ECF No. 44), and dismiss Plaintiff's case without prejudice.

**SO ORDERED.**

Dated: February 12, 2025
       White Plains, New York

                                                   _____
                                                   CATHY SEIBEL, U.S.D.J.